# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 15 |
| G.I. SPORTZ INC., *et al*,[1] | Case No. 20-12610 (CSS) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR TELEPHONIC AND VIDEO HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR OCTOBER 19, 2020 AT 10:00 A.M. (ET), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE <u>UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE</u>**

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM. <u>ALL</u> PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**

**<u>PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL</u>.**

**Topic: G.I. Sportz Inc. 20-12610-CSS – First Day Hearing
Time: October 19, 2020 at 10:00 a.m. Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1617878880

**Meeting ID: 161 787 8880
Password: 904487**

      **PLEASE TAKE NOTICE** that, on October 16, 2020, KSV Restructuring Inc. as the court-appointed receiver ("**KSV**" or the "**Receiver**") and authorized foreign representative of G.I. Sportz Inc., Tippmann US Holdco Inc., GI Sportz Direct LLC, Tippmann Sports, LLC, Mission Less Lethal LLC, and Tippmann Finance LLC (each, a "**G.I. Sportz Debtor**" and collectively, the "**G.I. Sportz Debtors**") in a proceeding under Canada's *Bankruptcy and*

---

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: G.I. Sportz Inc. (8551), Tippmann US Holdco Inc. (5037), GI Sportz Direct LLC (5359), Tippmann Sports, LLC (0385), Mission Less Lethal LLC (4604), and Tippmann Finance LLC (n/a). The G.I. Sportz Debtors' executive headquarters is located at 6000 Kieran Street, Montréal, Québec, Canada H4S 2B5.

*Insolvency Act*, R.S.C. 1985, c. B-3 (as amended, the "**BIA**"), pending before the Superior Court (Commercial Division) of the Province of Québec, District of Montréal, filed petitions on behalf of the G.I. Sportz Debtors pursuant to sections 1504 and 1515 and that certain *Verified Petition for Recognition of Foreign Proceeding and Related Relief* (collectively, the "**Chapter 15 Petitions**") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") with the United Stated Bankruptcy Court for the District of Delaware.

**PETITIONS AND RELATED PLEADINGS:**

1. Voluntary Petitions
   - A. Tippmann US Holdco Inc. [Case No. 20-12609]
   - B. G.I. Sportz Inc. [Case No. 20-12610]
   - C. G.I. Sportz Direct LLC [Case No. 20-12611]
   - D. Tippmann Sports, LLC [Case No. 20-12612]
   - E. Mission Less Lethal LLC [Case No. 20-12613]
   - F. Tippmann Finance LLC [Case No. 20-12614]

2. Verified Petition for Recognition of Foreign Proceeding and Related Relief [D.I. 2]

3. Declaration of Matthew B. Lunn in Support of the Verified Petition for Recognition of Foreign Proceeding and Related Relief and Motion for Provisional Relief in Aid of Canadian Proceeding [D.I. 3]

4. Memorandum of Law in Support of Verified Petitions for Recognition of Foreign Proceeding and Related Relief [D.I. 4]

5. Declaration of David Sieradzki in Support of (I) Verified Petitions Under Chapter 15, (II) Motion Pursuant to Fed. R. Bankr. P. 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of Bankruptcy Code, (III) Motion for Provisional Relief in Aid of the Canadian Proceeding, and (IV) Motion for Order Specifying Form and Manner of Service of Notice [D.I. 9]

**PLEASE TAKE FURTHER NOTICE** that, a telephonic and video hearing with respect to the following first day pleadings (collectively, the "**First Day Pleadings**"), to the extent set forth below, is scheduled for **October 19, 2020 at 10:00 a.m. (ET)** (the "**First Day Hearing**") before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD:**

6. Motion Pursuant to Fed. R. Bankr. P. 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of Bankruptcy Code [D.I. 5]

   Status:    This matter will be going forward.

7. Motion for Order Authorizing the Filing of a Consolidated List of Foreign Proceeding Administrators, Litigation Parties, and Entities Against Whom 11 U.S.C. § 1519 Provisional Relief is Sought [D.I. 6]

    Status:    This matter will be going forward.

8. Motion for Order Specifying From and Manner of Service of Notice [D.I. 7]

    Status:    This matter will be going forward.

9. Motion for Provisional Relief in Aid of the Canadian Proceeding [D.I. 8]

    Status:    This matter will be going forward.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by contacting CourtCall at 866-582-6878 to register their appearance for audio **AND**, in certain circumstances, by joining through Zoom at https://debuscourts.zoomgov.com/j/1617878880 Meeting ID: 161 787 8880, Password: 904487 for video. Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings referenced above will be mailed to you in accordance with the Court's order approving the Form and Manner Motion subsequent to the First Day Hearing and are currently available on the Bankruptcy Court's website: www.deb.uscourts.gov. If you would like to receive copies of any of the pleadings prior to the Hearing, they may be obtained by contacting Troy Bollman, paralegal at Young Conaway Stargatt & Taylor, LLP, counsel for the Receiver, at tbollman@ycst.com.

Dated: October 16, 2020　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

*/s/ Matthew B. Lunn*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: mnestor@ycst.com
        mlunn@ycst.com

*Attorneys for KSV Restructuring Inc., as Receiver and Foreign Representative of the G.I. Sportz Debtors*

27132229.2　　　　3